| | |
|---|---|
| CONNIE ROBINSON | 16TH JUDICIAL DISTRICT COURT |
| VS. NO. 128404  DIV. "F" | PARISH OF ST. MARY |
| WAL-MART STORES, INC and CLAIMS MANAGEMENT, INC. | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

The Petition of CONNIE ROBINSON, a person of the full age of majority and resident of the parish of St. Mary, State of Louisiana, who would, with respect, represent as follows, to wit:

1.

Made defendants herein are the following:

A. WAL-MART STORES, INC. ("Walmart"), a foreign company, authorized to do and doing business in the Parish of St. Mary, Parish of Louisiana; and

B. CLAIMS MANAGEMENT, INC., ("CMI") a foreign insurer, authorized to do and doing business in the Parish of St. Mary, State of Louisiana.

The defendants are liable unto your petitioner, jointly, severally and in solido for the following, to wit:

2.

On or about April 28, 2014, the plaintiff was a customer at Walmart and slipped on water that was coming from the coolers in the store.

3.

As a result of the fall, your petitioner suffered extensive injuries, including but not limited to injuries to her neck, back and knee/leg. These injuries are severe requiring additional medical treatment and/or procedures.

4.

The aforesaid accident was caused solely and exclusively by the negligence and want of due care of the defendant, Walmart, in accordance with the following particulars, to wit:

A. Failing to provide a safe place for customers to shop;

B. Failing to service their coolers in a prudent manner;

C. Operating their coolers in a reckless manner;

D. Failing to see what they should have seen and do what they should have done;

E. Failing to place caution signs when they knew the water was leaking from the coolers;



F. Other acts of negligence which will be developed during discovery and/or proven at the trial on the merits of this matter.

5.

The aforesaid negligence of the defendant has resulted in the petitioner suffering injuries which have caused her damages, which said damages petitioner itemizes as follows, to wit:

A. Physical pain and suffering, past, present and future;

B. Mental pain and anguish, past, present and future;

C. Disability and disfigurement;

D. Inconvenience, loss of gratification of or intellectual and/or physical enjoyment of life and loss of lifestyle;

E. Medical expenses, past, present and future;

F. Loss of income, earnings and earnings capacity, past, present and future;

G. Such other damages, the form and substance of which will be more fully shown at the trial on the merits of these proceedings and revealed during discovery herein

6.

Petitioner avers that at all times pertinent hereto the defendant, Walmart, had in full force and effect a policy with Claims Management, Inc. insuring the defendant, Walmart, and agreeing to protect and indemnify them from the type of injuries and damages complained of by the plaintiff herein to the full extent of the plaintiff's loss, with limits as stated on said policy and as otherwise provided by law.

7.

Petitioner prays that she has attempted to settle this case within the policy limits of the defendants to no avail.

8.

The damages sustained by the plaintiff herein, Ms. Robinson, at this time exceeds $50,000.00.

WHEREFORE, premises considered, petitioner, CONNIE ROBINSON, prays that after all legal delays and due proceedings are had, there be judgment rendered herein in their favor ordering the defendants, WAL-MART STORES, INC., and CLAIMS MANAGEMENT, INC., jointly, severally and in solido, to pay to your petitioner such damages and penalties as may be due and reasonable in the premises, together with legal interest thereon from date of judicial demand

until paid, all cost and disbursements herein, all court cost, and for all other general and equitable relief.

RESPECTFULLY SUBMITTED BY:

LA'DERICAL D. WAGNER (#29470)
Attorney for Plaintiff
825A Center Street
New Iberia, Louisiana 70560
Office: (337) 365-4008
Facsimile: (337) 369-9003

PLEASE SERVE DEFENDANTS:

**WAL-MART STORES, INC.**
Through its registered agent for service of process,
Louisiana Secretary of State
Honorable Tom Schedler
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**CLAIMS MANAGEMENT, INC.**
Through its registered agent for service of process,
Louisiana Secretary of State
Honorable Tom Schedler
8585 Archives Avenue
Baton Rouge, Louisiana 70809

CLERK'S OFFICE, FRANKLIN, LA

APR 29 2015

A true copy of the original
attest _____
Clerk of Court

RECEIVED AND FILED

APR 27 2015

_____
Dy. Clerk of Court

| CITATION | | FORMA PAUPERIS |
|---|---|---|
| CONNIE ROBINSON<br>Vs. No. 128404 Div "F"<br>WAL MART STORES INC., ET AL |  | STATE OF LOUISIANA<br>16th JUDICIAL DISTRICT COURT<br>PARISH OF ST. MARY |

To: <u>WAL-MART STORES, INC., THRU ITS AGENT, SECRETARY OF STATE, 8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809</u>

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16th Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, APRIL 29, 2015.

CLERK'S OFFICE, FRANKLIN, LA

APR 29 2015

A true copy of the original
Attest
By Clerk of Court

CLIFF DRESSEL
Clerk of Court
St. Mary Parish, Louisiana
16th Judicial District Court

Deputy Clerk of Court
JRB

SPACE BELOW FOR SHERIFF'S RETURN

SERVED ON
TOM SCHEDLER
MAY 05 2015
SECRETARY OF STATE
COMMERCIAL DIVISION

[ SERVICE ]

## State of Louisiana
## Secretary of State

05/07/2015

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

WAL-MART STORES, INC.
702 SW 8TH ST.
BENTONVILLE, AR 72716

LEGAL
MAY 12 2015
CENTRAL INTAKE

Suit No. 125404
16TH JUDICIAL DISTRICT COURT
SAINT MARY PARISH

CONNIE ROBINSON
vs
WAL-MART STORES, INC. ET AL

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

TOM SCHEDLER
Secretary of State

Served on: TOM SCHEDLER
Served by: F CUMMINS
SUIT

Date: 05/08/2015
Title: DEPUTY SHERIFF

No: 967785



SR